2025R00287/GLB

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 25-219 |
| HECTOR VILLEGAS ALVAREZ | : | 18 U.S.C. §§ 111(a)(1) and (b) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about February 23, 2025, in Union County, in the District of New Jersey, and elsewhere, the defendant,

**HECTOR VILLEGAS ALVAREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely, a Deportation Officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, while that person was engaged in and on account of the performance of that person's official duties, involving physical contact with that person, and in doing so, did inflict bodily injury on that person.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL

_____
ALINA HABBA
United States Attorney

FILED
APR 0 8 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

CASE NUMBER: <u>25-219</u>

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

HECTOR VILLEGAS ALVAREZ

## INDICTMENT FOR

18 U.S.C. §§ 111(a)(1) and (b)

A True Bill,



ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

GEORGE L. BRANDLEY
ASSISTANT U.S. ATTORNEY
973-353-6002