UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR VILLEGAS ALVAREZ | Hon. Katharine S. Hayden<br><br>Criminal No. 25-219<br><br>**SCHEDULING ORDER** |

This matter having come before the Court for a scheduling order; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (by George L. Brandley, Assistant U.S. Attorney, appearing); and defendant Hector Villegas Alvarez being represented by the Office of the Federal Public Defender for the District of New Jersey (Laura C. Sayler and Tatiana Nnaji, AFPDs, appearing); and the parties having met and conferred and having agreed on a schedule for pre-trial motions and for trial of this matter; and the Court having accepted such schedule, and for good cause shown,

It is on this _____ day of ______________, 2025, ORDERED that:

1. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **May 16, 2025**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

2. The Government shall produce discovery required by Federal Rule of Criminal Procedure 16(a)(1) and 16(b)(1) by **May 23, 2025.**

3. The Government shall provide all material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, on or before **May 23, 2025**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **June 6, 2025**.

5. Defendants shall file any pretrial motions on or before **July 1, 2025**.

6. The Government shall file any response on or before **July 14, 2025.**

7. Defendant shall file any replies on or before **July 28, 2025**.

8. If the Government intends to offer expert testimony, the Government shall provide a written summary of testimony it intends to introduce under Fed. R. Evid. 702, 703 and/or 705 as evidence at trial on or before **June 25, 2025**.

9. If the defendant intends to offer expert testimony, the defendant shall provide a written summary of testimony they intend to introduce under Fed. R. Evid. 702, 703 and/or 705 as evidence at trial on or before **August 15, 2025**.

10. If the Government intends to offer any Rule 404(b) evidence, the Government shall provide notice of this evidence in the form delineated in Fed. R. Evid. 404(b)(2)(A) on or before **June 18, 2025**.

11. The Government shall provide its pre-marked exhibits and its draft witness list on or before **June 18, 2025**.

12. The Defendant shall provide his pre-marked exhibits and draft witness list on or before **July 18, 2025**.

13. The parties shall file any *in limine* motions, addressed to the admissibility of evidence, on or before **August 20, 2025**; responses to such motions may be filed on or before **September 18, 2025**; replies, if any, may be filed on or before **September 25, 2025**; and oral argument on such motions shall be held on a date to be set by the Court.

14. The Government will provide proposed jury instructions to the Defendant on or before **October 1, 2025**.

15. The Defendants will respond with objections on or before **October 15, 2025**.

**16.** The Government shall, if it agrees to do so, provide any material to be provided under the Jencks Act, 18 U.S.C. § 3500, on or before **October 15, 2025.**

17. The parties shall file any proposed *voir dire questions*, verdict sheets and jury instructions, with unresolved issues clearly delineated on or before **October 20, 2025**

18. The parties shall submit a joint attorneys and witness list and joint exhibit list including any objections and responses thereto pursuant to the Court's rules on or before **October 20, 2025**

19. The Court shall hold a final pre-trial conference on **[Week of October 27th]**___________________.

20. Trial shall commence with jury selection on **[November 3, 2025]**, at _____ a.m.

_____________________________
Honorable Katharine S. Hayden
United States District Judge