# FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

October 14, 2025

*Via ECF*
Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

RE:   *United States v. Hector Villegas Alvarez*
       25-cr-00219 (KSH)

Dear Judge Hayden:

The defense respectfully writes to bring to the Court's attention several overlapping deadlines between the Court's May 30, 2025, Scheduling Order, ECF No. 19, and the requests for extension of time since entry of that order as the parties prepare for trial on November 17, 2025. The Defense accordingly submits this request for modification of certain deadlines in the scheduling order to align the extension requests and current deadlines.

First, the defense requests adjourning Mr. Villegas Alvarez's deadline to submit its response to the government's proposed jury instructions from October 15, 2025, to October 20, 2025. The government disclosed its proposed instructions five days after its deadline of October 1, 2025, on October 6, 2025. This request allows Mr. Villegas the full two weeks to respond that the parties agreed upon.

Second, because of the delay in exchanging jury instructions, the defense also requests moving back the joint disclosure deadline for jury instructions, verdict sheets and voir dire questions from October 20, 2025, to October 25, 2025.

Third, because of continuing motions practice concerning discovery, the defense requests pushing back the October 20, 2025, deadline for joint exhibit, attorneys, and witness lists to October 31, 2025.

      We have conferred with the government about these requests, and it consents. Thank you for our consideration of these requests.

                                                       Respectfully submitted,

                                                       *s/ Tatiana S. L. Nnaji*
                                                       Tatiana S. L. Nnaji
                                                       Laura Sayler
                                                       Assistant Federal Public Defenders
                                                       District of New Jersey
                                                       1002 Broad Street
                                                       Newark, NJ 07102

Cc: George Brandley, AUSA and Ariel Douek, AUSA

                                                       SO ORDERED this day of October, 14, 2025
                                                       s/Katharine S. Hayden
                                                       Hon. Katharine S. Hayden, U.S.D.J.