

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th Floor*
*Newark, New Jersey 07102*
*(973) 645-2700*

October 17, 2025

**VIA EMAIL & ECF**

The Honorable Katharine S. Hayden
Senior United States Circuit Judge
Frank Lautenberg Post Office
    & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      RE:  *United States v. Hector Villegas Alvarez*, Crim. No. 25-219

Dear Judge Hayden:

    Please accept this letter in lieu of a more formal submission as the Government's reply in support of its pretrial motions *in limine* (the "Motion") to admit and exclude certain evidence at trial of the above-referenced matter, currently scheduled for **Monday, November 17, 2025**.

    The Defendant's response to the Motion (the "Response") largely agrees with the Government's positions and so the issues raised in the Motion are rendered moot.

    *First*, the Defendant commits in the Response to limit any argument or evidence concerning ICE "to the conduct of the specific officers involved the arrest with Mr. Villegas, their training and experience, and the applicable procedures and protocols governing their actions *that day*." Response at 2 (emphasis added). The Defendant goes further and represents to the Court that he will not present evidence "regarding the general legitimacy of ICE or the current administration's immigration enforcement polices." *Id*. Those representations are sufficient for the Government.

    *Second*, the Defendant represents in the Response that he "does not plan to elicit testimony that [he] has never been arrested prior to February 23, 2025, never violated any administrative laws of the immigration code, or was never accused of a criminal offense" or other evidence to suggest that the Defendant has a "pertinent trait of 'law-abidingness.'" *Id*. at 3. Again, those representations are sufficient for the Government.

- 2 -

      The Government is happy to rely on the Defendant's representations to the Corut which render the issues raised in the Motion moot. That said, if the Defendant were to present evidence at trial in a manner that contradicts those representations, the Government reserves its right to renew those issues.

      The Government reserves its right to make additional motions *in limine* if and when new issues or information arise.

      Respectfully submitted,

      TODD BLANCHE
      U.S. Deputy Attorney General

      ALINA HABBA
      Acting U.S. Attorney
      Special Attorney

      By: George L. Brandley
      Ari B. Fontecchio
      Assistant U.S. Attorneys

cc: Tatiana Nnaji, Esq. and Laura Sayler, Esq., Counsel for Defendant