**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                                   **DATE:** November 5, 2025
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                                                                    DOCKET #25-cr-219
UNITED STATES OF AMERICA

       vs.
HECTOR VILLEGAS ALVAREZ

**APPEARANCES:**
George Brandley, Ari Fontecchio, AUSA for Government
Laura C. Sayler, & Tatiana Nnaji, AFPD., for Defendant

**Nature of Proceedings**: Teams Oral Argument re Motions D.E 38. 40 & 44
Counsel waives defendant's appearance on the record.
Hearing held.
Decisions rendered on the record.
Counsel to submit an order to the Court.
Discovery extended to Wednesday, November 12, 2025.
Counsel to meet and confer regarding medical records.
Submissions due to the Court by Friday, 11/7/25.

**Time Commenced: 11:00 AM**
**Time Adjourned:    12:40 PM**

                                        Christine Melillo, Courtroom Deputy
                                        to the Honorable Katharine S. Hayden, U.S.D.J.