IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> HECTOR VILLEGAS ALVAREZ, ) <br> ) <br> Defendant. ) | Case No. 2:25-00219 |

**ORDER FOR PRODUCTION OF RECORDS FROM**
**THE DEPARTMENT OF LABOR**

**THIS MATTER** comes before the Court on defendant Hector Villegas Alvarez's Motion for a Court Order presented orally by counsel at the Motions Hearing on November 5, 2025.

**WHEREAS** on August 28, 2025, Hector Villegas Alvarez subpoenaed certain records in the possession of the Department of Labor ("DOL") concerning Officer Angelina McCune;

**WHEREAS**, on August 29, 2025, a DOL representative responded that the DOL was unable to comply unless this Court issued an order requiring the DOL to provide the records and explicitly waived the provisions of the Privacy Act, 5 § USC 552a;

**WHEREAS**, under 5 § USC 552a, such records may be disclosed "pursuant to the order of a court of competent jurisdiction;"

**IT IS THEREFORE ORDERED** on this ___6th___ day of November 2025, that the provisions of the Privacy Act are waived and the DOL shall provide records responsive the following requests to counsel for Hector Villegas Alvarez immediately, but not later than November 12, 2025:

1. Any and all records, forms, documents, audio recordings and/or videos, and medical documentation submitted in support of any workers' compensation claims submitted by Immigration and Customs Enforcement deportation officer Angelina McCune in relation to an injury allegedly sustained on 02/23/2025.
2. Any and all records of independent medical examinations or investigations conducted by the Department of Labor into such a claim.
3. Any separate special investigations file into such a claim, including surveillance footage, if any exists;

and it is further

**ORDERED** that after such records are produced to the defense, any information contained therein shall only be used in connection with the forthcoming trial in this case and shall not be used or released in any other matter in the absence of further order of the Court.

s/Katharine S. Hayden
Hon. Katharine S. Hayden
United States District Judge
