**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
 **MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                                   **DATE:** November 10, 2025
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** TAMMERA WITTE

**TITLE OF CASE:**                                                                                   DOCKET  #25-cr-219
UNITED STATES OF AMERICA

            vs.
HECTOR VILLEGAS ALVAREZ


**APPEARANCES:**
  George Brandley, Ari Fontecchio, AUSA for Government
  Laura C. Sayler, & Tatiana Nnaji, AFPD., for Defendant


**Nature of Proceedings**: Telephone Conference
Government moves to dismiss the Indictment.
Order to be entered.

**Time Commenced: 10:00 AM**
**Time Adjourned:    10:10 AM**

                                                                        Christine Melillo, Courtroom Deputy
                                                                    to the Honorable Katharine S. Hayden, U.S.D.J.