# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine Hayden, U.S.D.J. |
| | : | |
| v. | : | Crim No. 25-219 |
| | : | |
| HECTOR VILLEGAS ALVAREZ | : | |
| | : | **DISMISSAL ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court, Todd Blanche, U.S. Deputy Attorney General, and Alina Habba, the Acting U.S. Attorney and Special Attorney for the District of New Jersey, hereby moves to dismiss the Indictment against defendant HECTOR VILLEGAS ALVAREZ, Criminal Number 25-219, which was filed on April 8, 2025, charging VILLEGAS ALVAREZ with one count assaulting a law enforcement officer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.


TODD W. BLANCHE
U.S. Deputy Attorney General

/s/ *Alina Habba* / bah
ALINA HABBA
Acting U.S. Attorney
Special Attorney for the United States

Leave of Court is granted for the filing of this dismissal.

                                                      s/Katharine S. Hayden
                                                     HON. KATHARINE S. HAYDEN
                                                     United States District Judge

Dated: 11/10/25